

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00443-CR

RYAN GARCIA                                                        APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 1285699R

----------

## MEMORANDUM OPINION[1]

----------

Appellant Ryan Garcia attempts to appeal from a judgment convicting him of burglary of a habitation with intent to commit a felony. On November 24, 2015, we notified Garcia of our concern that we may not have jurisdiction over this appeal because the notice of appeal was not timely filed—the trial court imposed Garcia's sentence on November 30, 2012, but Garcia did not file his notice of

---

[1]See Tex. R. App. P. 47.4.

appeal until November 17, 2015. *See* Tex. R. App. P. 26.2(a). We informed Garcia that the appeal was subject to dismissal unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. We have not received a response. Therefore, we dismiss this appeal for want of jurisdiction.[2] *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 25, 2016

---

[2]The court of criminal appeals granted Garcia permission to file an out-of-time appeal in trial cause no. 1285698R (appellate cause no. 02-15-00442-CR), but it did not grant Garcia permission to file an out-of-time appeal in this cause.